1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )        No.: C 06 4378 CRB
                                        )           (CR 02-292 CRB)
13         Plaintiff,                   )
                                        )
14      v.                              )        STIPULATION AND [PROPOSED]
                                        )        EXTENDING DATE FOR ANSWER TO
15   ROBERT SCHMIDT,                    )        § 2255 PETITION
                                        )
16         Defendant.                   )
                                        )
17   _____)

18         The parties in this case stipulate as follows:

19         1.      On July 25, 2006, this Court signed an order requiring the government to respond

20   to defendant's § 2255 motion within 60 days of the motion.

21         2.      Government counsel requests a short continuance of the date on which the

22   government must file an answer until September 29, 2006.  The reason for the continuance is to

23   provide government counsel with additional time to research the issues raised in the motion and

24   prepare an opposition.  Because of the demands of other cases, government counsel has not had

25   ///

26   ///

27   ///

28   ///

ORDER
C 06-4378 CRB (CR 02-292 CRB)

1   time to prepare a response to date.

2   IT IS SO STIPULATED:

3

4   Dated:

5                                     /s/
                                   CHRISTOPHER J. STESKAL
                                   Assistant United States Attorneys
6

7

8   Dated:                             /s/
                                   ALLISON B. MARGOLIN
9                                  Attorney for Robert Schmidt

10

11          For good cause, the Court HEREBY ORDERS that the United States' shall file an

12   opposition to defendant's motion on or before September 29, 2006.  Defendant shall file any

13   reply within 30 days of the filing of the United States' opposition

14          IT IS SO ORDERED.

15

16   Dated:   September 20, 2006

17                                   CHARLES R. B
                                     United States Di

18

19

20

21

22

23

24

25

26

27

28

ORDER
C 06-4378 CRB (CR 02-292 CRB)